UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK



---

UNITED STATES OF AMERICA,

v.   21-CR-167 (JLS) (JJM)

JERRY ALVAREZ,

           Defendant.

---

### DECISION AND ORDER

On February 18, 2026, before the Honorable Jeremiah J. McCarthy, United States Magistrate Judge, Defendant Jerry Alvarez waived indictment and pled guilty to Count 1 of the Superseding Information, charging a violation of Title 18, United States Code, Section 4 (misprision of a felony). *See* Dkt. 644, 645, 646, 649. Judge McCarthy then filed a Report and Recommendation ("R&R") recommending that Defendant's plea of guilty be accepted and that Defendant be adjudged guilty. *See* Dkt. 650. Neither party objected to the R&R, and the time to do so has expired.

This Court has carefully reviewed *de novo* Judge McCarthy's R&R (Dkt. 650), the plea agreement (Dkt. 646), the Superseding Information (Dkt. 645), the waiver of indictment (Dkt. 644), an audio recording of the plea proceeding, and the applicable law. This Court finds no legal or factual error in Judge McCarthy's R&R, and, therefore, adopts Judge McCarthy's recommendation that Defendant's plea of

guilty be accepted and that Defendant be adjudged guilty of Count 1 of the Superseding Information.

IT IS HEREBY ORDERED that this Court adopts Judge McCarthy's February 18, 2026 R&R (Dkt. 650), in its entirety, including the authorities cited and the reasons given therein, and it is further

ORDERED that the Court accepts Defendant's plea of guilty and defers acceptance of the plea agreement pursuant to Sentencing Guidelines Section 6B1.1(c), and Defendant Jerry Alvarez is adjudged guilty under Title 18, United States Code, Section 4.

SO ORDERED.

Dated:   March 11, 2026
         Buffalo, New York

_____
JOHN L. SINATRA, JR.
UNITED STATES DISTRICT JUDGE